IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD HENDRICKSON,

    Plaintiff,

v.                                Case No.  1:14cv179-MW/GRJ

WILLIAM CERVONE, et al.,

    Defendants.

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

    This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.17, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No.18.  Accordingly

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted**, over Plaintiff's objections as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Second Amended Complaint, ECFNo.15, is **DISMISSED** pursuant to

28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim." The Clerk shall close the file.

**SO ORDERED on March 3, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
